United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| MARELING FERNANDA ALFARO-SALMERON<br>    "Petitioner," §§§§§§ | |
| v. §§ | Civil Action No. 1:26-cv-00474 |
| FRANCISCO VENEGAS, *et al.*<br>    "Respondents" §§§ | |

## ORDER

Before the Court is "Petitioner's Reply In Support of Petition for Writ of Habeas Corpus and Response in Opposition to Respondents' Motion for Summary Judgment" ("Reply") (Dkt. No. 14). It is **ORDERED** that Respondents shall file a surreply to Petitioner's Reply (Dkt. No. 14) by **August 7, 2026, at 5:00 p.m. CST**.

SIGNED this July 28, 2026

_____
Rolando Olvera
United States District Judge