United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARELING FERNANDA ALFARO-SALMERON, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00474 |
| FRANCISCO VENEGAS, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) ("Petition"), "Petitioner's Notice of Motion and Motion for Temporary Restraining Order and Osc Re: Preliminary Injunction; Memorandum of Points and Authorities" (Dkt. No. 9) ("TRO"), Respondents' "Motion for Summary Judgment and Response to Petitioners Petition for Writ of Habeas Corpus" (Dkt. No. 13) ("MSJ"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 22) ("Report & Recommendation"), and "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 23).

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 10) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**; Petitioner's TRO (Dkt. No. 9) and Respondent's MSJ (Dkt. No. 13) are **DENIED** as moot. The Clerk of Court is **ORDERED** to close the case.

SIGNED this November 12, 2026

Rolando Olvera
United States District Judge